RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. __15-708__

# ACKNOWLEDGMENT OF RECEIPT FOR:

AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

AND

AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of __6__ copies of AO forms 85 and 85A.

__AUG 1 7 2015__  
(Date forms provided)

(Signature of person receiving forms)

__Ivan Truitt__  
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.