IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID JACOBS and GARY HINDES, on behalf of themselves and all others similarly situated, and derivatively on behalf of the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>*Plaintiffs*,<br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, and THE UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>*Defendants*,<br><br>and<br><br>THE FEDERAL NATIONAL MORTGAGE ASSOCIATION and THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>*Nominal Defendants*. | Civil Action No.: 15-708-GMS<br><br><br><br><br><br><br><br><br><br><br>**CLASS ACTION** |

[PROPOSED] ORDER

WHEREAS, on March 15, 2016, the Federal Housing Finance Agency ("FHFA") filed with the Judicial Panel for Multidistrict Litigation (the "Panel") its motion to transfer for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 ("MDL Motion");

WHEREAS, on March 28, 2016, the above-captioned parties appeared before the Court via telephone conference regarding the MDL Motion and how to proceed with Defendants' pending motions to dismiss (D.I. 17 and 19) and Plaintiffs' pending application for certification of state law issues (D.I. 24); and

WHEREAS, the Court's inherent discretionary power to control the disposition of cases on its docket includes the power to stay a case;

IT IS HEREBY ORDERED that this action is stayed until the Panel rules on the MDL Motion.

IT IS SO ORDERED this 29th day of March, 2016.

_____
The Honorable Gregory M. Sleet
United States District Judge